UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAMON JONES, *on behalf of himself and all others similarly situated*,

                Plaintiff,

-against-

BIKESHOES.COM, INC.,

                Defendant.

23-CV-7955 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's December 20th Order, ECF No. 14, the parties were required to file a joint letter and proposed case management plan, the contents of which are described therein, no later than January 18, 2024. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 22, 2024, at 9:00 AM.**

SO ORDERED.

Dated: January 19, 2024
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge